UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALLYSON STANDIFORD                    CIVIL ACTION

VERSUS                                NUMBER 10-42-SCR

WAL-MART STORES, INC.

### RULING ON MOTION TO REMAND

Before the court is the Motion to Remand filed by plaintiff Allyson Standiford.  Record document number 4.  The motion is opposed.[1]

A Magistrate Judge's Report was issued March 30, 2010 recommending that the plaintiff's motion be denied.[2]  Before the district judge could rule on the motion, the parties consented to proceed before a U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(c) and an Order of Reference was issued.[3]  No objection was filed to the Magistrate Judge's Report or the recommendation.

Accordingly, the Magistrate Judge's Report is adopted as the ruling on the plaintiff's Motion to Remand, and the Motion to Remand is denied.

Baton Rouge, Louisiana, August 19, 2010.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1]  Record document number 5.  Plaintiff filed a reply memorandum.  Record document number 8.

[2]  Record document number 10.

[3]  Record document numbers 12, 15 and 18.